UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN M. CARNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-CV-1494 CAS |
| | ) | |
| GUERBET, LLC, MALLINCKRODT, | ) | |
| INC., MALLINCKRODT LLC, and | ) | |
| LIEBEL-FLARSHEIM COMPANY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF TRANSFER

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's claims against defendant Guerbet, LLC are **TRANSFERRED** to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1406(a).

**IT IS FURTHER ORDERED** that this action is **TRANSFERRED** to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1404(a).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 12th day of December, 2018.